IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO.   7:07-CR-36 (HL) |
| | : |
| OSCAR PEREZ aka PEE WEE aka PELONE | : |
| | : |

## ORDER

Upon the motion of the government, and for the reasons stated in said motion, this case and the indictment against OSCAR PEREZ aka PEE WEE aka PELONE are hereby DISMISSED.

SO ORDERED this  10th   day of     April          , 2014.


　　　　　　　　　　　　　　　　　　 s/ Hugh Lawson
　　　　　　　　　　　　　　　　　HUGH LAWSON
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE


Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney=s Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511